IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:15-CR-118 |
| -vs- | : | MICHAEL J. NEWMAN<br>United States Magistrate Judge |
| VINCENT COLLINS, | : | |
| Defendant. | : | GOVERNMENT'S MOTION<br>FOR DISMISSAL WITH PREJUDICE |

*Granted*
*MN*
*11/18/16*

Now comes the United States, by and through counsel, and respectfully requests the Court dismiss the above captioned case, with prejudice. Defendant has successfully completed the terms of his Pretrial Diversion.

Respectfully submitted,

_Signed – jm-15 Nov 16_
JULIENNE MCCAMMON (MD 9103050001)
Special Assistant U.S. Attorney
88 ABW/JA
5135 Pearson Road
WPAFB, OH 45433-5321
(937) 904-2169

CERTIFICATE OF SERVICE

I certify that a copy of the above Motion to Dismiss was electronically filed on the 15th of November 2016 and that any Defense Counsel of Record would be notified of this Motion through CM/ECF.

_Signed – jm – 15 Nov 16_